UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**CHRISTY HALL**                      **CASE NO. 3:21-CV-00001**

**VERSUS**                           **JUDGE TERRY A. DOUGHTY**

**OUTBACK STEAKHOUSE OF**        **MAG. JUDGE KAYLA D. MCCLUSKY**
**FLORIDA, LLC**

**JUDGMENT**

For the reasons set forth in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Christy Hall's Motion for Partial Summary Judgment as to Liability [Doc. No. 19] is **GRANTED**.

Monroe, Louisiana, this 7th day of October, 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**